## NOTICE OF DEFAULT

May 23, 2017

**Via Certified Mail**

**Theodore A. Wood**
**Wood IP LLC**
555 Quince Orchard Rd, Suite 280
Gaithersburg, MD 20878

Re: Term Promissory Note, dated March 25, 2016, among THEODORE A. WOOD, jointly and severally with WOOD IP LLC (collectively, the "**Maker**"), and PARKS IP LAW LLC (the "**Payee**"), as such credit agreement is amended, restated, supplemented, or otherwise modified from time to time (the "**Note**").

Dear Ted:

Reference is hereby made to the Note. Capitalized terms not otherwise defined herein shall have the respective meanings assigned to such terms in the Note.

Notice is hereby given that an Event of Default under the Note occurred on May 2, 2016 (the "**Specified Event of Default**") as a result of failure by the Maker to make payments scheduled on May 1, 2016 and thereafter. This letter confirms that the Payee has not waived the Specified Event of Default, and the Payee expressly reserves all of its rights, powers, privileges and remedies under the Note, any other Loan Documents (including, without limitation, the Separation Agreement and Release), applicable law or otherwise with respect to any Event of Default (including, without limitation, the Specified Event of Default) now existing or hereafter arising under the Note or any of the other Loan Documents, including without limitation (i) the right to demand immediate full payment of all Obligations owing under the Note and the other Loan Documents, and the right to repossess and take other action with respect to any or all Physical Property, including the liquidation thereof.

The failure of Payee to exercise any such rights, powers, privileges and remedies is not intended, and shall not be construed, to be a waiver of any such Event of Default (including, without limitation, the Specified Event of Default). The Payees may elect to exercise any or all of their rights, at their sole option, at any time hereafter, without the necessity of any further notice, demand or other action on the part of the Payees.

This letter will serve to advise the Maker that, as provided by the Note, as of the Commencement Date, default interest began to accrue, and shall continue to accrue during the continuance of the Specified Event of Default or any other Event of Default. Acceptance heretofore or hereafter of payments tendered by the Maker at any time in respect of payments made or due after the occurrence and during the continuance of an Event of Default shall not constitute a waiver of the right to receive payment of default interest and other fees, costs and other amounts which are due or become due or otherwise under the Note, any Loan Document, and applicable law.

Nothing contained in this letter or any delay by the Payee in exercising any rights, powers, privileges and remedies under the Note, any other Loan Document, or applicable law with respect to the Specified Event of Default or any other Default or Events of Default now existing or hereafter arising under the Note or any of the other Loan Documents shall be construed as a waiver or modification of such rights, powers, privileges and remedies. This letter is not, and shall not be deemed to be, a waiver of, or a consent to, any default, noncompliance, Default, Event of Default (including, without limitation, the Specified Event of Default) now existing or hereafter

arising under the Note or any of the other Loan Documents. This letter shall not entitle the Maker to any other or further notice or demand.

The holding of any discussions between or among the Payee and the Maker, and/or any representative or agent designated by either (the "**Agent**") regarding the administration of the loan or proposals regarding amendments to, or modifications or restructurings of the Note or any Loan Document shall not constitute any waiver of any Default or Event of Default (including, without limitation, the Specified Event of Default), or an agreement to forbear from the exercise of the Agent's or any Payee's rights and remedies under the Note or any other Loan Document, or applicable law, nor shall it be construed as an undertaking by the any Payee to continue such discussions or to enter into any such amendments, modifications or restructurings.

Very truly yours,

PARKS IP LAW LLC

By: _/s/ Cynthia R. Parks_

Name: Cynthia R. Parks
Title: Member