# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

DOCKETING SECTION
404-215-1655

March 26, 2018

Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

      **U.S.D.C. No.:** 1:17-cv-4365-TWT
      **U.S.C.A. No.:** 00-00000-00
      **In re:** *Parks IP Law LLC v. Theodore A. Wood, et al*

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the notice of appeal, docket sheet and judgment and/or order appealed enclosed.** |
| | This is not the first notice of appeal. Other notices were filed on: . |
| **X** | **There is no transcript.** |
| | The court reporter is . |
| | There is sealed material as described below: . |
| | Other: . |
| **X** | **Fee paid electronically on 3/23/18. (Receipt# 113E-7768578).** |
| | Appellant has been leave to file *in forma pauperis.* |
| | This is a bankruptcy appeal. The Bankruptcy Judge is . |
| | The Magistrate Judge is . |
| **X** | **The District Judge is Thomas W. Thrash, Jr.** |
| | This is a **DEATH PENALTY** appeal. |

                              Sincerely,

                              James N. Hatten
                              District Court Executive
                              and Clerk of Court

                        By: /s/P. McClam
                              Deputy Clerk

Enclosures